UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **CV 26-9477-MWF(DSRx)** Date: November 24, 2026

Title ***Andrew Garcia v. Atlantic Recovery Solutions, LLC, et al.***

Present: The Honorable: MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on August 25, 2026. (Docket No. 1). On September 29, 2026, Plaintiff filed a Proof of Service of the Summons, Complaint and case-initiating documents on Defendant Atlantic Recovery Solutions, LLC ("Atlantic Recovery") (the "POS"). (Docket No. 13). Pursuant to the POS, Atlantic Recovery's response to the Complaint was due October 15, 2026.

A further review of the docket reflects the following:

- On November 13, 2026, Defendant Oportun Financial Corporation filed its Answer to Complaint. (Docket No. 20).
- On November 18, 2026, Plaintiff filed Notice of Voluntary Dismissal as to Defendant Security Credit Services, LLC only. (Docket No. 23).
- The Court filed an Order Setting Scheduling Conference on November 19, 2026. (Docket No. 24).
- Plaintiff and Defendant Oportun Financial Corporation filed a Joint Stipulation of Dismissal as to Defendant Oportun Financial Corporation only. (Docket No. 25).

The only remaining Defendant is Atlantic Recovery, who has not appeared in this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **CV 26-9477-MWF(DSRx)** Date: November 24, 2026

Title ***Andrew Garcia v. Atlantic Recovery Solutions, LLC, et al.***

The Court **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **DECEMBER 11, 2026**:

- Defendant Atlantic Recovery's Response to the Complaint.

OR

- Plaintiff's Application to the Clerk to Enter Default as to Defendant Atlantic Recovery.

OR

- Plaintiff's dismissal of this action as to Defendant Atlantic Recovery which will close this action.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause by **December 11, 2026,** will result in the dismissal of this action.

IT IS SO ORDERED.